# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JOHN DOE,
    Plaintiff,

    v.                                              C.A. No. 16-17 S

BROWN UNIVERSITY,
    Defendant.

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to the September 28th, 2016 Findings of Fact and Conclusions of Law entered by this Court after a bench trial judgment hereby enters for the Plaintiff John Doe and against Defendant Brown University.

                                                  Enter:

                                                  /s/ Ryan H. Jackson
                                                  _____
                                                   Deputy Clerk

Dated: September 28th, 2016